IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE BEVERAGE WORKS NY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> RED BULL NORTH AMERICA, INC., <br><br> Defendant. | Civil Case No.: 24-cv-5745 |

SUMMONS IN A CIVIL ACTION

To:   Red Bull North America, Inc.
       2700 Pennsylvania Ave Ste 1100
       Santa Monica, CA 90404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

**HINCKLEY ALLEN & SNYDER LLP**
Mitchell R. Edwards, Esq.
100 Westminster Street, Suite 1500
Providence, RI 02903-2319

Christopher V. Fenlon, Esq.
30 Pearl Street, Suite 901
Albany, NY 12207-3492

**MARKS & KLEIN, LLC**
Justin M. Klein, Esq.
Brent Davis, Esq.
331 Newman Springs Road
Building 1, 4th Floor, Suite 143
Red Bank, NJ 07701

2

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Dated: April 30, 2024

_____
Signature of Clerk or Deputy Clerk