| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Brent Davis |
| **Subject:** | Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT |
| **Date:** | Tuesday, April 30, 2024 2:15:31 PM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

Account Number: 4710287
Court: NEW JERSEY DISTRICT COURT
Amount: $405.00
Tracking Id: ANJDC-15329203
Approval Code: 177233
Card Number: ************6000
Date/Time: 04/30/2024 02:14:41 ET

Person Completing Transaction: Brent M. Davis
Attorney Name: Brent M. Davis
Attorney Email: brent@marksklein.com

NOTE: This is an automated message. Please do not reply