# EXHIBIT C

## AMENDMENT TO DISTRIBUTION AGREEMENT

THIS AMENDMENT TO DISTRIBUTION AGREEMENT (this "Amendment"), dated as of 7/5/2010, 2010 (the "Effective Date"), is made and entered into by and between Red Bull North America, Inc. ("RBNA") and The Beverage Works NY, Inc. with respect to the following facts:

A. RBNA and The Beverage Works NY, Inc. are parties to that certain Distribution Agreement dated as of July 11, 2008 ("Distribution Agreement");

B. The parties wish to amend the Distribution Agreement as described below;

C. All capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Distribution Agreement.

NOW, THEREFORE, in consideration of the foregoing recitals and the mutual covenants and agreements hereinafter set forth, the parties hereby agree as follows:

1. **Schedule B.** The parties mutually agree to modify the Territory by amending Schedule B of the Distribution Agreement. Schedule B of the Distribution Agreement is hereby deleted in its entirety and shall be replaced with Exhibit A to this Amendment.

2. **Ratification.** Except as specifically amended hereby, the Distribution Agreement shall remain in full force and effect and is hereby ratified and confirmed.

3. **Amendment.** In the event of a conflict between the provisions of the Distribution Agreement and this Amendment, the provisions of the Amendment shall control.

4. **Counterpart.** This Amendment may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have duly executed this Amendment as of the date first written above.

THE BEVERAGE WORKS NY, INC.

By: _____
Name: Gerald Consiglione
Title: VP

RED BULL NORTH AMERICA, INC.

By: _____
Name: Harry Bigelow
Title: VP GM

By: _____
Stefan Kozak
Chief Executive Officer

{RB00018677 V1}

EXHIBIT A

SCHEDULE B

TERRITORY

The Beverage Works NY, Inc.

Distributor's Territory is the following area:

**In the State of New York, the following Counties:**

The five boroughs of New York City and Long Island, Dutchess, Orange, Putnam, Rockland, Sullivan, Ulster and Westchester.

**In the State of New Jersey, the following Counties (Off-Premise):**

Bergen, Burlington, Essex, Hudson, Hunterdon, Mercer, Middlesex, Morris, Monmouth, Ocean, Passaic, Somerset, Sussex, Union, and Warren.