# EXHIBIT D



Red Bull North America, Inc.

March 19, 2024

The Beverage Works NY, Inc.
2211 Allenwood Road
Wall Township, NJ 07719
Attention: Mark Ponsiglione

**Via Hand Delivery**

Dear Mark:

Reference is hereby made to that certain Distribution Agreement (the "Agreement") dated as of July 11, 2008, by and between Red Bull North America, Inc. ("Company") and The Beverage Works NY, Inc. ("Distributor"). Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Agreement.

This letter shall serve as notice that:

Pursuant to Section VIII.B of the Agreement, "Termination Without Cause," Company hereby exercises its contractual right to terminate the Agreement without cause. This termination will be effective June 3, 2024 (i.e., Distributor's last day of operation under the Agreement will be June 2, 2024).

Please be advised that Distributor shall remain obligated to comply with the duties set forth in Section IX of the Agreement.

Company reserves all rights to raise any claims regarding a breach of the Agreement. This letter shall not be construed as a waiver of any rights which Company has under the Agreement or applicable law.

Sincerely,

Bill Connors
Executive Vice President/General Manager, East BU
Red Bull North America, Inc.

{RB00055307 V1}