# EXHIBIT E



June 26, 2008

Red Bull North America
1740 Stewart Street
Santa Monica, CA  90404
Attention: Ilene Eskenazi

Dear Ilene:

    Enclosed are two signed copies of the new contract, and the two releases. As you are well aware of, we disagree with quite a few things in this contract; but the reality is we have no choice but to sign or go out of business. We will continue, as we have in the past, to rely on the good will and faith in both Red Bull as a company, and ourselves in our ability to perform for Red Bull.

    We have had a long and prosperous relationship together, and I fully expect that this relationship will continue to grow and flourish in the future.

    Your letter stated that RBNA will be releasing the UCC's on our Accounts Receivable and inventory. I did not see that in the contract. Could you let me know when the release might take place.

    Thank you for all your help and patience in this matter.

Regards,

*[signature]*

Jerry Ponsiglione

---

1800 Route 34 N, Suite 402
Wall, NJ  07719

www.thebeverageworks.com
e mail: bevworks@thebeverageworks.com

Phone 732-938-7600
Fax 732-938-6559