IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE BEVERAGE WORKS NY, INC.,<br><br>                              Plaintiff,<br><br>  -against-<br><br>RED BULL NORTH AMERICA, INC.,<br><br>                             Defendant. | Case No.: 3:24-cv-05745 (RK)-(JBD)<br><br>**ACKNOWLEDGEMENT OF SERVICE** |

Defendant Red Bull North America, Inc. ("Red Bull") hereby acknowledges receipt of a Summons and a copy of Plaintiffs' Complaint in this action through its undersigned counsel as of May 13, 2024. By accepting service through its counsel, Red Bull is not waiving any defenses other than a defense of insufficient service and/or insufficient service of process.

| | |
|---|---|
| */s/ Mitchell R. Edwards*<br>Mitchell R. Edwards, Esq.<br>HINCKLEY, ALLEN & SNYDER LLP<br>*Attorneys for Plaintiff*<br>*The Beverage Works NY, Inc.* | */s/ Ian S. Marx*<br>Ian S. Marx, Esq.<br>GREENBERG TRAURIG, LLP<br>*Attorneys for Defendant*<br>*Red Bull North America, Inc.* |

Dated: May 14, 2024