# EXHIBIT S

# Brent Davis

| | |
|---|---|
| **From:** | Kel Trebon <Kel.Trebon@redbull.com> |
| **Sent:** | Tuesday, October 11, 2022 3:37 PM |
| **To:** | Christopher Ustick; Chris Fernandez; Lauren Moses; P Martelloni; Walter Tiefel |
| **Cc:** | Jeff Machiaverna; Jessica Tomasulo; Marissa Salierno |
| **Subject:** | Allocations for 10/24/22 |
| **Attachments:** | TBW Final Allocation Proposal for 10.17.22.xlsx |

Team – See attached for allocations for week of 10/24/22. Wave 2 of Winter LTO Fig Apple is included. Thanks,



**KEL TREBON | RED BULL NORTH AMERICA**
Director of Distribution | New York Region
C: 646.617.5685 | Kel.Trebon@redbull.com
218 W 18th Street | New York, NY

**From:** Kel Trebon
**Sent:** Tuesday, October 4, 2022 3:41 PM
**To:** Chris Ustick; Chris Fernandez <cfernandez@thebeverageworks.com>; Lauren Moses <lmoses@thebeverageworks.com>; pmartel@thebeverageworks.com; Wally Tiefel <wtiefel@thebeverageworks.com>
**Cc:** Jeff Machiaverna <Jeff.Machiaverna@redbull.com>; Jessica Tomasulo <Jessica.Tomasulo@redbull.com>; Marissa Salierno <Marissa.Salierno@redbull.com>
**Subject:** Allocations for 10/17/22

Team – Please see attached allocations for the week of 10/17.

See below (and on the additional tab in the attached excel) for a comprehensive list of SKUS that are not on allocation this week. You will see 21 SKUs where you can order to current demand, as well as the 6 that are newly off allocation this week. **Note 12z ED and SF are not on allocation this week!**

Please let me know if you have any questions. Thanks,

## SKUs Off Allocation

| Newly off Allocation? | SKU | Name | Size |
|---|---|---|---|
|  | RB234438 | RB Red US Alu Can 24x250ml | 8oz 4p |
|  | RB40218 | RB Blue US AluCan 24x250ml | 8oz 4p |
|  | RB203755 | RB Yellow US Alu Can 24x250ml | 8oz 4p |
|  | RB230361 | RB Peach US Alu Can 24x250ml | 8oz 4p |
|  | RB224245 | RB Coconut US AluCan 24x250ml | 8oz 4p |
|  | RB237524 | RB GreenDragonfrt USCan 24x250ml | 8oz 4p |
|  | RB237567 | RB Red US Alu Can 24x250ml | 8oz 12p |
|  | RB230705 | RB Yellow US AluCan 24x250ml | 8oz 12p |
|  | RB230706 | RB Coconut Us AluCan 24x250ml | 8oz 12p |
|  | RB234436 | RB Red US Alu Can 24x355ml | 12oz 4p |
|  | RB226945 | RB Blue US Alu Can 24x355ml | 12oz 4p |
|  | RB226929 | RB Yellow US Alu Can 24x355ml | 12oz 4p |
|  | RB231170 | RB Peach US Alu Can 24x355ml | 12oz 4p |
|  | RB36463 | Red Bull ED US Alu Can 12x591ml | 20oz |
|  | RB36464 | Red Bull SF US Alu Can 12x591ml | 20oz |
| Yes | RB4816 | Red Bull ED US Alu Can 24x355ml | 12oz |
| Yes | RB4817 | Red Bull SF US Alu Can 24x355ml | 12oz |
| Yes | RB231390 | RB Zero US Alu Can 24x355ml | 12oz |
| Yes | RB231401 | RB Zero US Alu Can 24x250ml | 8oz |
| Yes | RB224624 | RB ED US Alu Can 24x250ml 6P | 8z 6p |
| Yes | RB224622 | RB SF US Alu Can 24x250ml 6P | 8z 6p |



**KEL TREBON | RED BULL NORTH AMERICA**
Director of Distribution | New York Region
C: 646.617.5685 | Kel.Trebon@redbull.com
218 W 18th Street | New York, NY

---

**From:** Kel Trebon
**Sent:** Tuesday, September 27, 2022 5:56 PM
**To:** Chris Ustick; Chris Fernandez <cfernandez@thebeverageworks.com>; Lauren Moses <lmoses@thebeverageworks.com>; pmartel@thebeverageworks.com; Wally Tiefel <wtiefel@thebeverageworks.com>
**Cc:** Jeff Machiaverna <Jeff.Machiaverna@redbull.com>; Jessica Tomasulo <Jessica.Tomasulo@redbull.com>; Marissa Salierno <Marissa.Salierno@redbull.com>
**Subject:** Allocations for 10/10/22

Team – Please find attached the allocations for the week of 10/10;

Note the following :
- Amber Wave 3 Included
- Winter Fig Apple Allocation added – All are included with the *exception* of Winter 12oz out of 5170 Geodis. Still waiting for EU inbounds to arrive,
  This will be added to 10/17 allocation & still on time for the 10/31 launch date.
- The below SKUs are **"off" allocation** in which DPs can order to needed qtys

2

| SKU | SKU Name | Size |
|---|---|---|
| RB234438 | RB Red US Alu Can 24x250ml | 8oz 4p |
| RB40218 | RB Blue US AluCan 24x250ml | 8oz 4p |
| RB203755 | RB Yellow US Alu Can 24x250ml | 8oz 4p |
| RB230361 | RB Peach US Alu Can 24x250ml | 8oz 4p |
| RB224245 | RB Coconut US AluCan 24x250ml | 8oz 4p |
| RB237524 | RB GreenDragonfrt USCan 24x250ml | 8oz 4p |
| RB237567 | RB Red US Alu Can 24x250ml | 8oz 12p |
| RB230705 | RB Yellow US AluCan 24x250ml | 8oz 12p |
| RB230706 | RB Coconut Us AluCan 24x250ml | 8oz 12p |
| RB234436 | RB Red US Alu Can 24x355ml | 12oz 4p |
| RB226945 | RB Blue US Alu Can 24x355ml | 12oz 4p |
| RB226929 | RB Yellow US Alu Can 24x355ml | 12oz 4p |
| RB231170 | RB Peach US Alu Can 24x355ml | 12oz 4p |
| RB36463 | Red Bull ED US Alu Can 12x591ml | 20oz |
| RB36464 | Red Bull SF US Alu Can 12x591ml | 20oz |



**KEL TREBON | RED BULL NORTH AMERICA**
Director of Distribution | New York Region
C: 646.617.5685 | Kel.Trebon@redbull.com
218 W 18th Street | New York, NY

**From:** Kel Trebon
**Sent:** Tuesday, September 20, 2022 2:37 PM
**To:** Chris Ustick; Chris Fernandez <cfernandez@thebeverageworks.com>; Lauren Moses <lmoses@thebeverageworks.com>; pmartel@thebeverageworks.com; Wally Tiefel <wtiefel@thebeverageworks.com>
**Cc:** Jeff Machiaverna <Jeff.Machiaverna@redbull.com>; Jessica Tomasulo <Jessica.Tomasulo@redbull.com>; Marissa Salierno <Marissa.Salierno@redbull.com>
**Subject:** RE: Allocations for 9/26/22

Team – Attached are allocations for week of 10.3.22. Let me know if you have any questions. Thanks,



**KEL TREBON | RED BULL NORTH AMERICA**
Director of Distribution | New York Region
C: 646.617.5685 | Kel.Trebon@redbull.com
218 W 18th Street | New York, NY

**From:** Kel Trebon
**Sent:** Wednesday, September 14, 2022 8:54 AM
**To:** Chris Ustick; Chris Fernandez <cfernandez@thebeverageworks.com>; Amaury Peralta <aperalta@thebeverageworks.com>; Lauren Moses <lmoses@thebeverageworks.com>; pmartel@thebeverageworks.com; Wally Tiefel <wtiefel@thebeverageworks.com>
**Cc:** Jeff Machiaverna <Jeff.Machiaverna@redbull.com>; Jessica Tomasulo <Jessica.Tomasulo@redbull.com>; Marissa

3

Salierno <Marissa.Salierno@redbull.com>
**Subject:** Allocations for 9/26/22

Team -

Please see attached file the Allocations for the week of 9/26

Please note
- SKUs that are not on allocation have been deleted
- Allocations for VMI Include ( Winter, SF Coco, Amber, Active, Summer SA)



**KEL TREBON | RED BULL NORTH AMERICA**
Director of Distribution | New York Region
C: 646.617.5685 | Kel.Trebon@redbull.com
218 W 18th Street | New York, NY

---

**From:** Kel Trebon
**Sent:** Wednesday, September 7, 2022 12:03 PM
**To:** Chris Ustick; Chris Fernandez <cfernandez@thebeverageworks.com>; Amaury Peralta <aperalta@thebeverageworks.com>; Lauren Moses <lmoses@thebeverageworks.com>; pmartel@thebeverageworks.com; Wally Tiefel <wtiefel@thebeverageworks.com>
**Cc:** Jeff Machiaverna <Jeff.Machiaverna@redbull.com>; Jessica Tomasulo <Jessica.Tomasulo@redbull.com>; Marissa Salierno <Marissa.Salierno@redbull.com>
**Subject:** RE: Allocations for 9/18/22

Team – Please see attached allocations for week of 9/18.

Please review and order full allocations to get last remaining inventory levels of LTO's out of the warehouses & into the market.

- SF Coco 8oz, 12pk
- F1 8 oz 12 pk, 4pk
- Active Lifestyle
- Summer SA
- BC One
- Kroger VP
- Football 8oz 6pk



**KEL TREBON | RED BULL NORTH AMERICA**
Director of Distribution | New York Region
C: 646.617.5685 | Kel.Trebon@redbull.com
218 W 18th Street | New York, NY

---

**From:** Kel Trebon
**Sent:** Tuesday, August 30, 2022 3:28 PM
**To:** Chris Ustick; Chris Fernandez <cfernandez@thebeverageworks.com>; Amaury Peralta <aperalta@thebeverageworks.com>; Lauren Moses <lmoses@thebeverageworks.com>; pmartel@thebeverageworks.com; Wally Tiefel <wtiefel@thebeverageworks.com>

**Cc:** Jeff Machiaverna <Jeff.Machiaverna@redbull.com>; Jessica Tomasulo <Jessica.Tomasulo@redbull.com>; Marissa Salierno <Marissa.Salierno@redbull.com>
**Subject:** Allocations for 9/12/22

Team – Please see attached allocations for week of 9/12/22.

Note, outside the normal weekly allocations of SKUs, the following are included in this week.
- Second wave Amber
- 8 oz Active & Football 6 pack

Thanks,



**KEL TREBON | RED BULL NORTH AMERICA**
Director of Distribution | New York Region
C: 646.617.5685 | Kel.Trebon@redbull.com
218 W 18th Street | New York, NY

---

**From:** Kel Trebon
**Sent:** Tuesday, August 23, 2022 3:04 PM
**To:** Chris Ustick; Chris Fernandez <cfernandez@thebeverageworks.com>; Amaury Peralta <aperalta@thebeverageworks.com>; Lauren Moses <lmoses@thebeverageworks.com>; pmartel@thebeverageworks.com; Wally Tiefel <wtiefel@thebeverageworks.com>
**Cc:** Jeff Machiaverna <Jeff.Machiaverna@redbull.com>; Jessica Tomasulo <Jessica.Tomasulo@redbull.com>; Marissa Salierno <Marissa.Salierno@redbull.com>
**Subject:** Allocations for 9/5/22

Please see attached file for Allocations the week of 9/05.

Note the following are included:

- 8 oz 4pk, 12 pk SF Coco
- F1
- 8oz 6 pack Active Lifestyle
- Winter Fig Apple early launch ( Kroger + Military )
- Summer
- BC One
- Amber
- Football 6pk
- Kroger VP



**KEL TREBON | RED BULL NORTH AMERICA**
Director of Distribution | New York Region
C: 646.617.5685 | Kel.Trebon@redbull.com
218 W 18th Street | New York, NY

---

**From:** Kel Trebon
**Sent:** Wednesday, August 17, 2022 8:55 AM

5

**To:** Chris Ustick; Chris Fernandez <cfernandez@thebeverageworks.com>; Amaury Peralta <aperalta@thebeverageworks.com>; Lauren Moses <lmoses@thebeverageworks.com>; pmartel@thebeverageworks.com; Wally Tiefel <wtiefel@thebeverageworks.com>
**Cc:** Jeff Machiaverna <Jeff.Machiaverna@redbull.com>; Jessica Tomasulo <Jessica.Tomasulo@redbull.com>; Marissa Salierno <Marissa.Salierno@redbull.com>
**Subject:** Allocations for 8/29/22

Team – Here are the allocations for week of 8/29. Thanks,



**KEL TREBON | RED BULL NORTH AMERICA**
Director of Distribution | New York Region
C: 646.617.5685 | Kel.Trebon@redbull.com
218 W 18th Street | New York, NY

---

**From:** Kel Trebon
**Sent:** Tuesday, August 9, 2022 1:03 PM
**To:** Chris Ustick; Chris Fernandez <cfernandez@thebeverageworks.com>; Amaury Peralta <aperalta@thebeverageworks.com>; Lauren Moses <lmoses@thebeverageworks.com>; pmartel@thebeverageworks.com; Wally Tiefel <wtiefel@thebeverageworks.com>
**Cc:** Jeff Machiaverna <Jeff.Machiaverna@redbull.com>; Jessica Tomasulo <Jessica.Tomasulo@redbull.com>
**Subject:** Allocations for 8/22/22

Team – Attached are the allocations for the week of 8/22. Thanks,



**KEL TREBON | RED BULL NORTH AMERICA**
Director of Distribution | New York Region
C: 646.617.5685 | Kel.Trebon@redbull.com
218 W 18th Street | New York, NY

| | Red 8oz S | Red 8oz 4P | Red 8oz 12P | Red 12oz 4P | Red 12oz S | Red 16oz | Blue 8oz S | Blue 8oz 4P |
|---|---|---|---|---|---|---|---|---|
| | RB234437 | RB234438 | RB237567 | RB234436 | RB234435 | RB236494 | RB224243 | RB40218 |
| 8/29/2022 | 528 | 96 | - | 156 | 6,864 | - | 624 | 80 |
| 9/5/2022 | 144 | 624 | 80 | 208 | 3,744 | - | 864 | 80 |
| 9/12/2022 | 1,728 | 560 | - | - | 2,392 | - | 272 | 80 |
| 9/18/2022 | 1,728 | #N/A | #N/A | #N/A | 6,240 | - | 864 | #N/A |
| 9/26/2022 | 640 | #N/A | #N/A | #N/A | 2,392 | - | 624 | #N/A |
| 10/3/2022 | 1,296 | #N/A | #N/A | #N/A | 3,640 | - | 528 | #N/A |
| 10/10/2022 | 2,880 | #N/A | #N/A | #N/A | 6,240 | - | 560 | #N/A |
| 10/17/2022 | 624 | #N/A | #N/A | #N/A | 1,872 | - | 560 | #N/A |

| Blue 12oz S | Blue 12oz 4P | Yellow 8oz S | Yellow 8oz 4P | Yellow 8oz 12P | Yellow 12oz S | Yellow 12oz 4P | Coco 8oz S | Coco 8oz 4P | Coco 8oz 12P |
|---|---|---|---|---|---|---|---|---|---|
| RB203752 | RB226945 | RB224483 | RB203755 | RB230705 | RB203753 | RB226929 | RB224254 | RB224245 | RB230706 |
| 2,184 | 143 | 80 | - | - | 520 | 156 | 1,008 | 352 | 64 |
| 1,352 | 78 | 96 | 416 | 240 | 2,184 | 104 | 384 | 352 | 80 |
| 2,392 | 39 | 160 | 800 | - | 5,304 | 52 | 384 | 256 | - |
| 1,768 | #N/A | 640 | #N/A | #N/A | 520 | #N/A | 864 | #N/A | #N/A |
| 234 | #N/A | 224 | #N/A | #N/A | 3,536 | #N/A | 2,304 | #N/A | #N/A |
| 1,768 | #N/A | 800 | #N/A | #N/A | 5,304 | #N/A | 2,016 | #N/A | #N/A |
| 1,352 | #N/A | 624 | #N/A | #N/A | 3,536 | #N/A | 1,872 | #N/A | #N/A |
| 936 | #N/A | 544 | #N/A | #N/A | 3,848 | #N/A | 1,584 | #N/A | #N/A |

| Coco 12oz S | Peach 8oz S | Peach 8oz 4P | Peach 12oz 4P | Peach 12oz S | Green 8oz S | Green 8oz 4P | Green 12oz S | Green 12oz 4P | Costco 8oz 12P |
|---|---|---|---|---|---|---|---|---|---|
| RB221027 | RB230345 | RB230361 | RB231170 | RB224825 | RB237480 | RB237524 | RB237479 | RB237929 | RB99658 |
| 1,040 | 576 | - | 26 | 728 | 176 | 144 | 624 | 78 | - |
| 520 | 272 | 128 | 39 | 1,144 | 864 | 336 | 2,600 | 78 | - |
| 1,560 | 528 | 144 | 39 | 2,600 | 720 | 272 | 2,912 | 91 | - |
| 1,352 | 1,008 | #N/A | #N/A | 1,872 | 864 | #N/A | 1,976 | 91 | - |
| 1,040 | 240 | #N/A | #N/A | 832 | 864 | #N/A | 1,664 | 78 | - |
| 1,040 | 352 | #N/A | #N/A | 1,456 | 720 | #N/A | 2,288 | 52 | - |
| 3,536 | 544 | #N/A | #N/A | 2,184 | 1,008 | #N/A | 1,248 | 52 | - |
| 2,600 | 560 | #N/A | #N/A | 1,664 | 592 | #N/A | 3,016 | 52 | - |

| Variety 8oz 12P | SF Coco 8oz | SF Coco 8oz 4pk | SF Coco 8oz 12pk | Winter Fig Apple 8oz | Winter Fig Apple 8oz 4P | Winter Fig Apple 12oz | Summer 8oz | Summer 12oz | Summer 8oz 4P |
|---|---|---|---|---|---|---|---|---|---|
| **RB99661** | **RB237563** | **RB237565** | **RB237564** | **RB239739** | **RB239738** | **RB239709** | **RB237755** | **RB237754** | **RB237780** |
| 720 | - | - | - | #N/A | #N/A | #N/A | #N/A | #N/A | #N/A |
| 1,296 | - | - | - | 576 | 432 | 576 | - | - | - |
| 2,592 | - | - | - | | | | | | |
| 1,872 | - | - | - | | | | | | |
| 1,440 | - | - | - | | | | | | |
| 2,736 | - | - | - | | | | | | |
| 3,600 | - | - | - | | | | | | |
| 720 | - | - | - | | | | | | |

| BC One 8oz | BC One 12oz | 8oz 4P F1 | 8oz 12P F1 | 12oz 4P F1 | 8oz 4P Active Life | 8oz 6P Active Life | 8oz 12P Active Life | Football 8oz 6pk | Amber 8oz |
|---|---|---|---|---|---|---|---|---|---|
| RB238055 | RB238059 | RB238054 | RB238063 | RB238062 | RB238258 | RB238256 | RB238257 | RB238194 | RB240074 |
| #N/A | #N/A | - | - | - | - | - | - | #N/A | #N/A |
| - | - | - | - | - | - | - | - | - | - |
|  |  | - | - | - | - | - | - | - | 4,608 |
|  |  | - | - | - | - | - | - | 144 | #N/A |
|  |  | - | - | - | - | - | - | #N/A | - |
|  |  | - | - | - | - | - | - | #N/A | - |
|  |  | - | - | - | - | - | - | #N/A | 3,456 |
|  |  | - | - | - | - | - | - | #N/A | #N/A |

| Amber 12oz |
|---|
| **RB240073** |
| #N/A |
| - |
| 7,072 |
| #N/A |
| - |
| - |
| 4,368 |
| #N/A |