# EXHIBIT T



# WE KNOW OUR CHALLENGES

## GREY MARKET
### 250K SU FORECASTED IMPACT





## THEFT
### DUANEreade by Walgreens

