

30 South Pearl Street, Suite 901
Albany, NY 12207

p: 518-396-3100   f: 518-396-3101
hinckleyallen.com

Mitchell R. Edwards
medwards@hinckleyallen.com

May 29, 2024

**VIA ECF**

The Honorable Robert Kirsch
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      RE:    ***The Beverage Works NY, Inc. v. Red Bull North America, Inc.*,**
              **Case No. 3:24-cv-05745-RK-JBD (D. N.J.)**

Your Honor:

    I write on behalf of Plaintiff The Beverage Works NY, Inc. ("Beverage Works"), with the consent of Defendant Red Bull North America, Inc. ("RBNA"), and pursuant to the Court's Consent Order (Dkt. No. 27) and Local Civ. Rule 41.1(b) to inform the Court that the parties reached a settlement in principle at mediation yesterday, May 28, 2024.

    As such, the parties respectfully request that the Court adjourn the oral argument hearing scheduled for tomorrow at May 30, 2024, at 2:00 PM on Beverage Works' motion for a preliminary injunction, and administratively stay this action for sixty (60) days. Upon execution of a settlement agreement, the parties will file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

                                       Very truly yours,

                                       HINCKLEY ALLEN & SNYDER LLP

                                       */s/ Mitchell R. Edwards*

                                       Mitchell R. Edwards

cc: All Counsel Of Record (via ECF)